**FIRST DIVISION**
**ELLINGTON, C. J.,**
**DOYLE, P. J., and ANDREWS, J.**

**NOTICE: Motions for reconsideration must be**
***physically received* in our clerk's office within ten**
**days of the date of decision to be deemed timely filed.**
**(Court of Appeals Rule 4 (b) and Rule 37 (b), February 21, 2008)**
**http://www.gaappeals.us/rules/**

**June 5, 2012**

# In the Court of Appeals of Georgia

A10A2092. JONES v. THE STATE.                                    JE-079C

ELLINGTON, Chief Judge.

The Supreme Court granted certiorari in this case and, in *Jones v. State*,[1] reversed the judgment of this Court. Therefore, we vacate our earlier opinion[2] and adopt the judgment of the Supreme Court as our own.

*Judgment reversed. Doyle, P.J., and Andrews, J., concur.*

---

[1] __ Ga. __ (Case No. S11G1054, decided May 7, 2012).

[2] *Jones v. State,* Case No. A10A2092, decided March 9, 2011 (unpublished).